**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6405**

TRAVIS MANDELL KEMP, a/k/a Travis Kemp,

Plaintiff – Appellant,

v.

OFFICER JOHNSON, GCDC; PHILLIP ANDERSON, Greenwood County
Detention Center; SHARON MIDDLETON, Cpt GCDC; LUKE LARK, Lt
GCDC; OFFICER BROOKS, GCDC,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   Terry L. Wooten, District Judge.
(1:09-cv-03195-TLW)

Submitted:  July 17, 2012          Decided:  August 6, 2012

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Travis Mandell Kemp, Appellant Pro Se.  William Henry Davidson,
II, Joel Steve Hughes, DAVIDSON & LINDEMANN, PA, Columbia, South
Carolina; Kristy Grafton Goldberg, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Mandell Kemp appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Kemp v. Johnson</u>, No. 1:09-cv-03195-TLW (D.S.C. Feb. 2, 2012). We deny Kemp's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>